BEFORE THE THIRD DIVISION, JULY 14, 1966

**No. P66/158.**—Daprato Statuary Co. *v.* United States, protest 64/24484 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of earthenware statuettes, valued over $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. P66/159.**—Arnart Imports, Inc. *v.* United States, protests 65/15137 and 65/15138 (New York).

LANDIS, J. In accordance with stipulation of counsel that the items of merchandise marked "E" covered by the foregoing protests consist of plaques similar in all material respects to those the subject of *Arnart Imports, Inc.* v. *United States* (54 Cust. Ct. 187, C.D. 2531), and that the items of merchandise marked "W" covered by the foregoing protests consist of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claims of the plaintiff were sustained.

BEFORE THE SECOND DIVISION, JULY 19, 1966

**No. P66/160.**—E. M. Stevens Corporation *v.* United States, protests 62/12367(A), etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiff was sustained.

**No. P66/161.**—The Buhler Corp. *v.* United States, protests 65/13528, 65/13788, and 65/15338 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts essential to and dedicated to use with food preparing machinery similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiff was sustained.